Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00119-4 |
| | ) | Judge Trauger |
| ANGELA SLAVEY POSEY | ) | |

### MOTION TO CONTINUE TRIAL DATE AND TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW** the Defendant, **Angela Slavey Posey**, by and through her undersigned counsel, and respectfully requests that this Honorable Court enter an Order: (1) continuing the trial of her case from Tuesday, October 1, 2013 at 9:00 a.m. to a later date convenient to the Court and counsel; and, (2) enlarging the time for filing pretrial motions. In support hereof, Defendant states as follows:

1. The trial of this case is currently scheduled for Tuesday, October 1, 2013 at 9:00 a.m. (Docket Entry 35). This is the first setting for trial.

2. The indictment in this case consists of fifty-two (52) pages, fifty-seven (57) counts and criminal forfeiture allegations. The discovery in this case is extraordinarily voluminous. The discovery produced to date consists of fifty-two (52) computer discs, a summary spreadsheet and instructions. The government has advised undersigned counsel that this volume of material has been sent off to a forensic computer technician so that it can be converted into a searchable format.

3. Undersigned counsel needs additional time to review this amount of discovery and determine what, if any, appropriate pretrial motions should be filed.