# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00119 |
| ) | Judge Trauger |
| [4] ANGELA SLAVEY POSEY ) | |
| ) | |

## O R D E R

The court is in receipt of a letter from attorney G. Michael Bellinger dated October 3, 2014.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant, Mr. Bellinger, and to counsel for all parties a copy of both the letter and this Order. This letter does not constitute a motion to withdraw as counsel; Mr. Bellinger is still counsel of record for this defendant.

It is so **ORDERED.**

ENTER this 6th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge